| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| HELEN WOOD, | ) | No. C 07-1387 MMC |
| Plaintiff, | ) | |
| v. | ) | |
| MICHAEL CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security; EMILIO T. GONZALEZ, in his Official Capacity, Director, United States Citizenship and Immigration Services, Department of Homeland Security; DAVID STILL, in his Official Capacity, District Director, United States Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco, California; ALBERTO GONZALES, in his Official Capacity, United States Attorney General, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |
| Defendants. | ) | |

Plaintiff, by and through her attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action under 8 U.S.C. § 1147(b) on or about March 9, 2007, and Defendants' response is due on May 14, 2007.

2. Pursuant to this Court's March 9, 2007 Order, the parties are required to file a joint case management statement on June 15, 2007, and attend a case management conference on June 22,

Stip to Extend Time
C-07-1387 MMC

2007.

3.  Plaintiff FBI name check has been completed and she only needs to update her fingerprints. In order to allow sufficient time for the parties to consider an alternative resolution to this case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | May 28, 2007 |
| Last day to file Joint ADR Certification: | June 15, 2007 |
| Last day to file/serve Joint Case Management Statement: | June 29, 2007 |
| Case Management Conference: | July 6, 2007, at 10:30 a.m. |

Dated: May 11, 2007                     Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney


                                        _____/s/_____
                                        ILA C. DEISS
                                        Assistant United States Attorney
                                        Attorney for Defendants


Dated: May 10, 2007                     _____/s/_____
                                        ALEXIS D. MALONE
                                        Attorney for Petitioner


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  May 14, 2007                     _____
                                        MAXINE M. CHESNEY
                                        United States District Judge


Stip to Extend Time
C-07-1387 MMC