1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 HELEN WOOD,                                )
                                              ) No. C 07-1387 MMC
13                 Plaintiff,                 )
                                              )
14         v.                                 )
                                              )
15 MICHAEL CHERTOFF, in his Official Capacity,) **STIPULATION TO DISMISS; AND**
   Secretary, Department of Homeland Security;) [PROPOSED] **ORDER**
16 EMILIO T. GONZALEZ, in his Official Capacity,)
   Director, United States Citizenship and    )
17 Immigration Services, Department of Homeland)
   Security;                                  )
18 DAVID STILL, in his Official Capacity,     )
   District Director, United States Department of )
19 Homeland Security, Bureau of Citizenship and )
   Immigration Services, San Francisco, California; )
20 ALBERTO GONZALES, in his Official Capacity,)
   United States Attorney General,            )
21                                            )
                   Defendants.                )
22 _____ )

23     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

24 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

25 action without prejudice in light of the fact that the United States Citizenship and Immigration

26 Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so

27 within 14 days of the dismissal of this action.

28     Each of the parties shall bear their own costs and fees.

Stip to Dismiss
C-07-1387 MMC

| | | |
|---|---|---|
| 1 | Dated: May 22, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |
| 4 | | |
| 5 | | _____/s/_____ |
| | | ILA C. DEISS |
| 6 | | Assistant United States Attorney |
| | | Attorney for Defendants |
| 7 | | |
| 8 | Dated: May 22, 2007 | _____/s/_____ |
| 9 | | |
| 10 | | ALEXIS D. MALONE |
| | | Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   May 25, 2007

_____
MAXINE M. CHESNEY
United States District Judge

Stip to Dismiss
C-07-1387 MMC